UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| B F I WASTE SERVICES L L C ET AL | CASE NO. 6:21-CV-03668 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| TARLTON BERNARD ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### REPORT AND RECOMMENDATION[1]

This Court conducted an evidentiary hearing on the parties' Motion for Disbursement of Funds (Rec. Doc. 23, as supplemented by Rec. Doc. 37 and 39) on March 7, 2022. At the hearing, the parties submitted evidence of their claims to the amount of $403,505.71 currently held in the Court's registry. Mr. Tarlton Bernard objected to the disbursement. The Court considered his testimony and argument at the hearing. See Rec. Doc. 47 wherein the Court denied Mr. Bernard's request for reconsideration. Thereafter, the parties presented a Consent Judgment for Disbursement of Funds (Rec. Doc. 48). Having reviewed the Consent Judgment, the Court finds that the Consent Judgment accurately reflects this Court's findings and complies with Local Rule 67.3.

---

[1] Because a ruling on the Motion for Disbursement of Funds will dispose of this matter in this Court, a Report and Recommendation is issued. This Report and Recommendation substitutes for the Order entered into the record at Rec. Doc. 45.

For the reasons stated at the hearing and as further set forth in Rec. Doc. 47, the Court recommends that the parties' Consent Judgment and Order for Disbursement of Funds for the Registry of Court (Rec. Doc. 48) be GRANTED.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen days after being served with of a copy of any objections or responses to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the report and recommendation within fourteen days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. See *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. §636(b)(1).

THUS DONE in Chambers, Lafayette, Louisiana on this 23rd day of March, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE