UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BFI WASTE SERVICES, LLC. ET AL. | CASE NO. 6:21-CV-03668 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| TARLTON BERNARD, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, including consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the parties' Consent Judgment and Order for Disbursement of Funds for the Registry of Court (Rec. Doc. 48) is GRANTED.

Signed at Lafayette, Louisiana, this 25th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE